AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

United States District Court
Southern District of Texas
FILED

JUL 12 2018

| | |
|---|---|
| United States of America<br>v.<br><br>JAIME GABRIEL GRIMALDI PENA,<br>a.k.a. "Eric," "Gabriel," and "Chicago"<br><br>*Defendant(s)* | )<br>)<br>)   Case No.  18- MJ-69   , Clerk of Court<br>)<br>)                    M-18-1416-M<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___November 9, 2017___ in the county of ___East Baton Rouge___ in the ___Middle___ District of ___Louisiana___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of Controlled Substances |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joshuah L. Badasch, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___05/22/2018___

_____
*Judge's signature*

City and state: ___Baton Rouge, Louisiana___

Richard L. Bourgeois, Jr., U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Joshuah L. Badasch, a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), being duly sworn, deposes and states as follows:

1. Affiant is a Special Agent with the Federal Bureau of Investigation and has been employed as such since April 2008, during which time Affiant has investigated violations of Federal law, directed drug and street gang investigations, obtained and executed search and arrest warrants related to the distribution of illegal narcotics, obtained and directed drug related wire-taps, and de-briefed Confidential Informants ("CI"), as well as cooperating defendants.

2. This Affidavit is produced for the sole purpose of establishing probable cause and, therefore, does not include all facts known to Affiant. As a result of Affiant's participation in this investigation, reports made to him by other federal agents and local law enforcement officers involved in the investigation, and information obtained from a confidential source, Affiant is familiar with all aspects of this investigation. On the basis of this familiarity, Affiant declares that the facts contained in this Affidavit show that there is probable cause to believe that JAIME GABRIEL GRIMALDI PENA, a.k.a. "Eric," "Gabriel," and "Chicago," hereinafter referred to as PENA, and others known and as yet unknown, have committed, are committing, and will continue to commit violations of Title 21, United States Code, Section 841(a)(1).

3. On November 9, 2017, in the Middle District of Louisiana, at the direction of law enforcement, the CI met with agents of the FBI at which time both the CI and his/her vehicle were searched for contraband with negative results. CI then conducted a consensually recorded call to PENA in the presence of agents, to arrange for the purchase of heroin. Following the recorded call, agents provided CI with a concealed audio/video recorder. CI then traveled to meet PENA at a residence located at 1783 Boulevard de Province, Baton Rouge, Louisiana 70816, while under physical surveillance by agents. During this meeting, CI obtained a quantity of heroin from PENA, which was packaged in a vacuum sealed bag. Upon returning to the staging area, CI turned over the above described heroin and the concealed audio/video recorder to agents. CI stated that PENA was the only person at the residence and that PENA retrieved the heroin from a utility closet in the kitchen of the residence. Agents again searched CI for contraband with negative results.

4. Shortly thereafter, CI conducted a second consensually monitored telephone call to PENA in the presence of agents, to arrange payment for the previously acquired quantity of heroin. Following this consensually monitored telephone call, agents again provided CI with the concealed audio/video recorder and FBI funds in the form of United States currency. CI then traveled to meet PENA at a residence located at 1783 Boulevard de Province, Baton Rouge, Louisiana 70816, while under physical surveillance by agents, and paid PENA for the previously acquired heroin. Upon returning to the staging area, agents deactivated the concealed audio/video recorder. Agents again searched CI and

2

his/her vehicle for contraband with negative results. CI stated to agents that upon returning to PENA's residence, he/she gave the money to PENA, who was the only person present at the residence.

5. On the same day, Affiant reviewed the audio/video recordings of the controlled drug evidence purchase and money delivery described above and noted that both were consistent with information provided by the CI.

6. On November 30, 2017, the Louisiana State Police Crime Laboratory conducted a chemical analysis of the heroin purchased from PENA on November 9, 2017. Test results confirmed that it is, in fact, heroin and weighed in excess of 100 grams.

7. It is requested that the warrant, and accompanying Affidavit and Application in support thereof, as they reveal an ongoing investigation, be sealed until further order of the Court in order to avoid premature disclosure of the investigation, guard against the flight of fugitives, and better ensure the safety of the CI and others, except that copies of the warrant in full or redacted form may be maintained by the United States Attorney's Office and may be served on Special Agents and other investigative and law enforcement officers of the Federal Bureau of Investigation, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers, as necessary to effectuate the warrant.

8. Based on the foregoing facts and Affiant's training and experience, Affiant respectfully submits that probable cause exists to issue an arrest warrant for JAIME GABRIEL GRIMALDI PENA, a.k.a. "Eric," "Gabriel," and "Chicago," for violations of 21 U.S.C. § 841(a)(1), distribution of controlled substances.

I declare that the above information is true and correct to the best of my knowledge.

_____
Special Agent Joshuah L. Badasch
Federal Bureau of Investigation

Sworn to and subscribed before me this 22nd day of May, 2018, at Baton Rouge, Louisiana.

_____
HONORABLE RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA