AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

United States District Court
FILED
JUL 1 2 2018
Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 18-MJ-69 |
| JAIME GABRIEL GRIMALDI PENA, a.k.a. "Eric," "Gabriel," and "Chicago" | ) ) ) ) | M-18-1416-M |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JAIME GABRIEL GRIMALDI PENA, a.k.a. "Eric," "Gabriel," and "Chicago",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1).

Date: 05/22/2018

*Issuing officer's signature*

City and state: Baton Rouge, Louisiana

Richard L. Bourgeois, Jr., U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |